UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OCTAVIO PATINO-HERNANDEZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. CIV-25-363-R |
| | ) |
| CIMARRON CORRECTIONAL FACILITY, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Petitioner Octavio Patino-Hernandez, a prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1]. The matter was referred to United States Magistrate Judge Chris M. Stephens in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) [Doc. No. 5]. Judge Stephens issued a Report and Recommendation [Doc. No. 9] recommending the Petition be dismissed without prejudice.

Judge Stephens informed Petitioner of his right to object to the Report and Recommendation, and advised that if he failed to object by May 21, 2025, his right to appellate review of the factual and legal questions contained therein would be waived. *Id.* at p. 4. Additionally, at the time of Judge Stephens' Report and Recommendation, two Orders had been returned undeliverable [Doc. No. 7 & 8]. Since then the Report and Recommendation itself was also returned as undeliverable [Doc. No. 9]. "[I]t is a pro se litigant's responsibility to notify the court and opposing parties of any change of address." *Campbell v. Rhodes*, No. CIV-23-67-JD, 2023 WL 2770099, at *2, n.4 (W.D. Okla. Feb. 28, 2023) (citing LCvR5.4), *report and recommendation adopted*, 2023 WL 2761138

1

(W.D. Okla. Apr. 3, 2023). So with no objection filed within the time prescribed, on *de novo* review, the Court ADOPTS the Report and Recommendation in its entirety.

Accordingly, Petitioner's Petition is DISMISSED without prejudice.

IT IS SO ORDERED this 2nd day of June, 2025.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE